## Cochran v. Commonwealth.

(Decided September 29, 1925.)

Appeal from Pike Circuit Court.

Indictment and Information—Statute Requiring Signing of True Bill by Foreman of Grand Jury Mandatory.—Where indictment charging wife desertion was not signed by foreman of grand jury, it was error to overrule demurrer to indictment, since provisions of Criminal Code of Practice, section 119, are mandatory in this respect.

F. W. STOWERS for appellant.

FRANK E. DAUGHERTY, Attorney General, and GARDNER K. BYERS, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE CLARKE— Reversing.

The indictment in this case, charging appellant with wife desertion, is endorsed "a true bill," but this is not signed by the foreman of the grand jury, as is required by section 119 of the Criminal Code.

This provision is mandatory, and the trial court erred in overruling the demurrer to the indictment, as is conceded by the attorney general. Oliver v. Commonwealth, 95 Ky. 372, 25 S. W. 600; Commonwealth v. L. & N. R. Co., 32 S. W. 136; Lewis v. Commonwealth, 48 S. W. 977; Terrell v. Commonwealth, 194 Ky. 608, 240 S. W. 81.

Wherefore, the judgment of conviction is reversed, and the cause remanded for proceedings not inconsistent herewith.